## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused copies of the foregoing Notice of Removal to be

served by first-class mail upon:

Ronald D. Coleman
Josiah Contarino
Dhillon Law Group, Inc.
A California Professional Corporation
50 Park Place, Suite 1105
Newark, NJ 07102

*Counsel for Plaintiff Nathaniel J. Broughty*


Dated:  November 4, 2022                     */s/ William P. Reiley*_____
                                                          William P. Reiley