IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATHANIEL J. BROUGHTY,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER E. BOUZY,<br><br>Defendant. | Case No. 2:22-cv-6458-SDW-AME |

**CONSENT ORDER**

**THIS MATTER** having been brought before the Court by Ronald D. Coleman, Esq. and Josiah Contarino, Esq. of Dhillon Law Group, Inc., counsel for Plaintiff Nathaniel J. Broughty ("Plaintiff") and William P. Reiley, Esq. of Ballard Spahr LLP, counsel for Defendant Christopher E. Bouzy ("Defendant" and together with Plaintiff, the "Parties"), and the Court having considered this matter and for good cause having been shown;

**IT IS** on this _____ day of _____, 2022, upon consent of the Parties, **ORDERED** that:

1. Having waived service pursuant to Fed. R. Civ. P. 4(d), Defendant shall file his Motion to Dismiss the claims against him on or before **Monday, January 9, 2023**;

2. Plaintiff shall file his Opposition to Defendant's Motion to Dismiss on or before **Monday, February 6**, **2023**;

3. Defendant shall file his Reply in further support of his Motion to Dismiss on or before **Tuesday, February 21, 2023**; and

4. In light of the extensions of time already included in the within Consent Order, the Parties waive the automatic extension provision included in L. Civ. R. 7.1(d)(5) for Defendant's Motion to Dismiss.

**IT IS SO ORDERED.**

_____
Susan D. Wigenton, U.S.D.J.

We hereby consent to the form and entry of the within Order.

| | |
|---|---|
| **DHILLON LAW GROUP INC.** | **BALLARD SPAHR LLP** |
| *Counsel for Plaintiff,* | *Counsel for Defendant,* |
| *Nathaniel J. Broughty* | *Christopher E. Bouzy* |
| | |
| */s/ Ronald D. Coleman* | */s/ William P. Reiley* |
| **Ronald D. Coleman, Esquire** | **William P. Reiley, Esquire** |
| **Josiah Contarino, Esquire** | |
| | |
| Dated:  November 10, 2022 | Dated:  November 10, 2022 |