**BALLARD SPAHR LLP**
William P Reiley, Esq.
reileyw@ballardspahr.com
700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054-00015
Tel:  (856) 761-3465

**BALLARD SPAHR LLP**
Seth D. Berlin (*pro hac vice* pending)
berlins@ballardspahr.com
1909 K Street NW, 12th Floor
Washington DC, 20006-1157
Tel:  (202) 508-1122

*Attorneys for Defendant Christopher A. Bouzy*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NATHANIEL J. BROUGHTY,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRISTOPHER E. BOUZY<br><br>        Defendant. | Civil Action No. 2:22-cv-6458 |

**MOTION FOR ADMISSION OF ATTORNEY SETH D. BERLIN *PRO HAC VICE***

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 101.1(c) of the United States, District Court for the District of New Jersey, Defendant Christopher E. Bouzy ("Defendant"), by and through his undersigned counsel, will move at such time as is designated by the Court, before the Honorable Judge Susan D. Wigenton, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room 4015, Newark, New Jersey 07101, for an Order admitting Seth D. Berlin of Ballard Spahr LLP, *pro hac vice* in the above-captioned matter as counsel for Defendant.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendant shall rely upon the accompanying Certifications of William P. Reiley and Seth D. Berlin submitted herewith.

PLEASE TAKE FURTHER NOTICE THAT oral argument is not requested on this motion. No brief is necessary for this motion pursuant to L. Civ. R. 7.1(d)(4).

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

Dated: November 10, 2022

                              BALLARD SPAHR LLP

                By:   */s/ William P. Reiley*
                       William P. Reiley