UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NATHANIEL J. BROUGHTY,

    Plaintiff,

v.

CHRISTOPHER E. BOUZY

    Defendant.

Civil Action No. 2:22-cv-6458

**CERTIFICATION OF SETH D. BERLIN IN SUPPORT OF
MOTION FOR *PRO HAC VICE* ADMISSION**

I, Seth D. Berlin, under penalty of perjury, hereby declare as follows:

1. I am a partner at Ballard Spahr LLP, attorneys of record for Defendant Christopher E. Bouzy in the above-referenced action.

2. Pursuant to Local Civil Rule 101.1(c), I submit this certification in support of Defendant Christopher E. Bouzy's motion for my admission as *pro hac vice* counsel in this matter.

3. I am a member in good standing of the bar of the District of Columbia, having been admitted in 1992. I understand that the membership roll for the District of Columbia is maintained by the Clerk's Office for the District of Columbia Court of Appeals, DC Bar Headquarters, located at 901 4th Street NW, Washington, DC 20001.

4. I am a member in good standing of the bar of the State of Maryland, having been admitted in 1991. I understand that the membership roll for the State of Maryland is maintained by the Court of Appeals of Maryland, located at 361 Rowe Boulevard, Annapolis, Maryland 21401.

5. I am a member in good standing of the bar of the State of New York, having been admitted in 2001. I understand that the membership roll for the New York State Unified Court System is maintained by the Office of Court Administration, Attorney Registration Unit, 25 Beaver Street – Room 840, New York, New York 10004.

6. I am a member in good standing of the bar of the United States Supreme Court, having been admitted in 1998. I understand that the membership roll for the United States Supreme Court is maintained by the Clerk's Office, located at 333 Constitution Avenue NW, Washington, DC 20001.

7. I am a member in good standing of the bar of the U.S. Court of Appeals for the District of Columbia, having been admitted in 1996. I understand that the membership roll for the U.S. Court of Appeals for the District of Columbia Circuit is maintained by the Clerk's Office, located at 333 Constitution Avenue NW, Washington DC 20001.

8. I am a member in good standing of the U.S. Court of Appeals for the Second Circuit, having been admitted in 2013. I understand that the membership roll for the U.S. Court of Appeals for the Second Circuit is maintained by the Clerk's Office, located at 40 Foley Square, New York, New York 10007.

9. I am a member of the U.S. Court of Appeals for the Fourth Circuit, having been admitted in 1996. I understand that the membership roll for the U.S. Court of Appeals for the Fourth Circuit is maintained by the Clerk's Office, located at 1100 East Main Street, Suite 501, Richmond, Virginia 23219.

10. I am a member of the U.S. Court of Appeals for the Fifth Circuit, having been admitted in 2021. I understand that the membership roll for the U.S. Court of Appeals for the

Fifth Circuit is maintained by the Clerk's Office, 600 South Maestri Place, Suite 115, New Orleans, Louisiana 70130.

11. I am a member of the U.S. Court of Appeals for the Ninth Circuit, having been admitted in 1994. I understand that the membership roll for the U.S. Court of Appeals for the Ninth Circuit is maintained by the Clerk's Office, 95 7th Street, San Francisco, California, 94103.

12. I am a member of the U.S. Court of Appeals for the Eleventh Circuit, having been admitted in 2012. I understand that the membership roll for the U.S. Court of Appeals for the Eleventh Circuit is maintained by the Clerk's Office, located at 56 Forsyth Street NW, Atlanta, Georgia 30303.

13. I am a member in good standing of the bar of the U.S. Court of Appeals for the Armed Forces, having been admitted in 2008. I understand that the membership roll for the U.S. Court of Appeals for the Armed Forces is maintained by the Clerk's Office, located at 450 E Street NW, Washington, DC 20442.

14. I am a member in good standing of the bar of the United States District Court for the District of Columbia, having been admitted in 1992. I understand that the membership roll for the United States District Court for the District of Columbia is maintained by the Clerk's Office located at 333 Constitution Avenue NW, Washington, DC 20001.

15. I am a member in good standing of the bar of the United States District Court for the District of Maryland, having been admitted in 1996. I understand that the membership roll for the United States District Court for the District of Maryland is maintained by the Clerk's Office, located at 101 West Lombard Street, Baltimore, Maryland 21201.

16. I am a member in good standing of the bar of the United States District Court for the Eastern District of New York, having been admitted in 2003. I understand that the membership roll for the United States District Court for the Eastern District of New York is maintained by the Clerk's Office, located at 225 Cadman Plaza East, Brooklyn, New York, 11201.

17. I am a member in good standing of the bar of the United States District Court for the Southern District of New York, having been admitted in 2003. I understand that the membership roll for the United States District Court for the Southern District of New York is maintained by the Clerk's Office, located at 500 Pearl Street, New York, New York, 10007.

18. I am a member in good standing of the bar of the United States District Court for the Northern District of New York, having been admitted in 2022. I understand that the membership roll for the United States District Court for the Northern District of New York is maintained by the Clerk's Office, located at 445 Broadway, Room 509, Albany, New York 12207.

19. I am not under any suspension or disbarment by the bar of any jurisdiction, and no disciplines have been imposed upon me in any jurisdiction.

20. I will be associated in this matter with William P. Reiley, an associate at the law firm of Ballard Spahr LLP. I understand that Mr. Reiley is a New Jersey attorney who is a member of good standing of this Court, will act as counsel of record, and will be responsible for receiving and signing papers served in this matter, and will be responsible for my conduct.

21. Given my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Defendant Christopher E. Bouzy and will also facilitate the efficient litigation of this matter.

22. I agree to make required payment to the New Jersey Lawyers' Fund for Client Protection, pursuant to New Jersey Court Rules 1:20-1(b) and 1:28-2.

23. I further agree to:

    a. make payment of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3) as amended, within 20 days from the date of the executed order;

    b. abide by all New Jersey court rules;

    c. notify this court immediately of any matter affecting my standing at the bar of any other court; and

    d. have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of November, 2022
Washington, DC

*[signature]*
Seth D. Berlin