**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

NATHANIEL J. BROUGHTY,

      Plaintiff,         Civil Action No. 2:22-cv-6458

   v.

CHRISTOPHER E. BOUZY

      Defendant.

**CERTIFICATION OF WILLIAM P. REILEY IN SUPPORT OF**
**APPLICATION FOR *PRO HAC VICE* ADMISSION OF MAXWELL S. MISHKIN**

WILLIAM P. REILEY, ESQ., of full age, hereby certifies as follows:

1. I am an Associate at Ballard Spahr LLP, counsel for Defendant Christopher E. Bouzy in the above-referenced action.

2. I am a member in good standing of the bar of the State of New Jersey, as well as the United States District Court for the District of New Jersey. I submit this Certification in support of the application by Defendant for the *pro hac vice* admission of Maxwell S. Mishkin of Ballard Spahr LLP.

3. I have read the declaration of Maxwell S. Mishkin in support of his application and, to the best of my knowledge, information and belief, his declaration is accurate.

4. I am familiar with the requirement of Local Civil Rule 101.1 for local counsel and for counsel who are permitted to appear *pro hac vice*. I hereby certify that I, and others from my firm appearing in this matter on behalf of Defendant, have complied with and will comply with the provisions of that rule and other Local Rules of this Court.

5. Pursuant to the rules of this Court, it is respectfully requested that this Court approve the *pro hac vice* admission of Maxwell S. Mishkin to serve as co-counsel on behalf of Defendant for the reasons set forth in his declaration.

6. I have read, and am familiar with, the Local Rules of this District and the Federal Rules of Civil Procedure.

I certify that the foregoing statements made by me are true. I am aware if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 21, 2022

                BALLARD SPAHR LLP

By:   */s/ William P. Reiley*
       William P. Reiley