**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

NATHANIEL J. BROUGHTY,

       Plaintiff,

    v.

CHRISTOPHER E. BOUZY

       Defendant.

Civil Action No. 2:22-cv-6458

**CERTIFICATION OF MAXWELL S. MISHKIN IN SUPPORT OF
MOTION FOR *PRO HAC VICE* ADMISSION**

I, Maxwell S. Mishkin, under penalty of perjury, hereby declare as follows:

1. I am an attorney at Ballard Spahr LLP, attorneys of record for Defendant Christopher E. Bouzy in the above-referenced action.

2. I submit this certification in support of Defendant Christopher E. Bouzy's motion for my admission as *pro hac vice* counsel, pursuant to Local Civil Rule 101.1(c) in this matter.

3. I am a member in good standing of the bar of the District of Columbia, having been admitted in 2016. I understand that the membership roll for the District of Columbia is maintained by the Clerk's Office for the District of Columbia Court of Appeals, DC Bar Headquarters, located at 901 4th Street NW, Washington, DC 20001.

4. I am a member in good standing of the bar of the State of Maryland, having been admitted in 2014. I understand that the membership roll for the State of Maryland is maintained by the Court of Appeals of Maryland, located at 361 Rowe Boulevard, Annapolis, Maryland 21401.

5. I am a member in good standing of the bar of the United States Supreme Court, having been admitted in 2020. I understand that the membership roll for the United States

Supreme Court is maintained by the Clerk's Office, located at 333 Constitution Avenue NW, Washington, DC 20001.

6. I am a member of the U.S. Court of Appeals for the District of Columbia Circuit, having been admitted in 2018. I understand that the membership roll for the U.S. Court of Appeals for the District of Columbia Circuit is maintained by the Clerk's Office, located at 333 Constitution Avenue NW, Washington DC 20001.

7. I am a member of the U.S. Court of Appeals for the Second Circuit, having been admitted in 2016. I understand that the membership roll for the U.S. Court of Appeals for the Second Circuit is maintained by the Clerk's Office, located at 40 Foley Square, New York, New York 10007.

8. I am a member of the U.S. Court of Appeals for the Fourth Circuit, having been admitted in 2018. I understand that the membership roll for the U.S. Court of Appeals for the Fourth Circuit is maintained by the Clerk's Office, located at 1100 East Main Street, Suite 501, Richmond, Virginia 23219.

9. I am a member of the U.S. Court of Appeals for the Sixth Circuit, having been admitted in 2021. I understand that the membership roll for the U.S. Court of Appeals for the Sixth Circuit is maintained by the Clerk's Office, located at 100 East Fifth Street, Cincinnati, Ohio 45202.

10. I am a member in good standing of the bar of the United States District Court for the District of Columbia, having been admitted in 2016. I understand that the membership roll for the United States District Court for the District of Columbia is maintained by the Clerk's Office located at 333 Constitution Avenue NW, Washington DC 20001.

11. I am a member in good standing of the bar of the United States District Court for the District of Maryland, having been admitted in 2018. I understand that the membership roll for the United States District Court for the District of Maryland is maintained by the Clerk's Office, located at 101 West Lombard Street, Baltimore, Maryland 21201.

12. I am not under any suspension or disbarment by the bar of any jurisdiction, and no disciplines have been imposed upon me in any jurisdiction.

13. I will be associated in this matter with William P. Reiley, an associate at the law firm of Ballard Spahr LLP. I understand that Mr. Reiley is a New Jersey attorney who is a member of good standing of this Court, will act as counsel of record, and will be responsible for receiving and signing papers served in this matter, and will be responsible for my conduct.

14. Given my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Defendant Christopher E. Bouzy and will also facilitate the efficient litigation of this matter.

15. I agree to make required payment to the New Jersey Lawyers' Fund for Client Protection, pursuant to New Jersey Court Rules 1:20-1(b) and 1:28-2.

16. I further agree to:

   a. make payment of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1 (c)(3) as amended, within 20 days from the date of the executed order;

   b. abide by all New Jersey court rules:

   c. notify this court immediately of any matter affecting my standing at the bar of any other court; and

      d.      have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of November, 2022

Bethesda, MD

_____
Maxwell S. Mishkin