## **CERTIFICATE OF SERVICE**

I hereby certify that November 21, 2022, a true and correct copy of the forgoing motion for *pro hac vice* admission of Maxwell S. Mishkin was filed and served upon all parties to this action via the Court's CM/ECF system.

*/s/ William P. Reiley*
William P. Reiley