UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATHANIEL J. BROUGHTY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER E. BOUZY,<br><br>　　　　　　　Defendant. | Civil Action No. 22-06458-SDW-AME<br><br>**ORDER GRANTING PRO HAC VICE ADMISSIONS OF SETH D. BERLIN and MAXWELL S. MISHKIN** |

**THIS MATTER** having come before the Court upon the motions [ECF Nos. 4 and 5] of Ballard Spahr LLP ("the Applicant"), attorneys for Defendant Christopher E. Bouzy ("Defendant"), for the pro hac vice admissions of Seth D. Berlin and Maxwell S. Mishkin, pursuant to L. Civ. R. 101.1; the Court having considered the submissions in support of the applications, which reflect that Seth D. Berlin and Maxwell S. Mishkin satisfy the requirements set forth in Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey; there being no opposition to these pro hac vice admissions; and for good cause shown,

**IT IS** on this 6th day of December 2022,

**ORDERED** that the motions [ECF Nos. 4 and 5] for the pro hac vice admissions of Seth D. Berlin and Maxwell S. Mishkin are **GRANTED**; and it is further

**ORDERED** that Maxwell S. Mishkin, a member in good standing of the Bars of the State of Maryland and the District of Columbia, and Seth D. Berlin, a member in good standing of the Bars of the States of New York and Maryland and the District of Columbia, be permitted to appear pro hac vice in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

1

**ORDERED** that Seth D. Berlin and Maxwell S. Mishkin shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting their standing at the bar of any court; and it is further

**ORDERED** that Seth D. Berlin and Maxwell S. Mishkin are deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions that may arise from their participation in this matter; and it is further

**ORDERED** that the Applicant shall (a) be attorneys of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Seth D. Berlin and Maxwell S. Mishkin; (c) sign (or arrange for an attorney admitted to practice in the United States District Court for the District of New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings unless expressly excused by the Court; and (e) be responsible for the conduct of Seth D. Berlin and Maxwell S. Mishkin in this matter; and it is further

**ORDERED** that Seth D. Berlin and Maxwell S. Mishkin shall make all required payments to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), and shall continue to make payment, or cause payment to be made, for each calendar year in which they continue to represent Defendant before this Court; and it is further

**ORDERED** that, if they have not already done so in connection with this action, Seth D. Berlin and Maxwell S. Mishkin shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission pro hac vice in accordance with L. Civ. R. 101.1(c)(3); and it is further

**ORDERED** that Seth D. Berlin and Maxwell S. Mishkin may file a request with the Clerk of Court, using the form made available on the District Court's website, for pro hac vice counsel to receive electronic notifications in this matter; and it is further

**ORDERED** a copy of this Order shall be served on all parties within seven (7) days of the date hereof.

 /s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge