UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

NATHANIEL J. BROUGHTY,

              Plaintiff(s),

v.

CHRISTOPHER E. BOUZY,

              Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No.   22-06458-SDW-AME

       Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

    1.    An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

    2.    If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

                                                Signature of Local Counsel

<u>PRO HAC VICE ATTORNEY INFORMATION</u>:

Name:     Seth D. Berlin, Esq.

Address:     Ballard Spahr LLP

              1909 K Street

              NW 12th Floor

              Washington, DC  20006-1157

E-mail:     berlins@ballardspahr.com
             (One email address only)