UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

NATHANIEL J. BROUGHTY,

                Plaintiff(s),

    v.

CHRISTOPHER E. BOUZY,

                Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No.   22-06458-SDW-AME

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:    Maxwell S. Mishkin, Esq.

Address:    Ballard Spahr LLP

            1909 K Street

            NW 12th Floor

            Washington, DC  20006-1157

E-mail:    mishkinm@ballardspahr.com
          (One email address only)