## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

NATHANIEL J. BROUGHTY,

                Plaintiff,

v.

CHRISTOPHER E. BOUZY,

                Defendant.

Case No. 2:22-cv-6458-SDW-AME

### CERTIFICATION OF COUNSEL

I, William P. Reiley, being of full age, hereby certify as follows:

I am an attorney at law in the State of New Jersey and an Associate of Ballard Spahr LLP, attorneys for defendant, Christopher E. Bouzy ("Bouzy").  I make this certification based on personal knowledge and in support of Bouzy's motion to dismiss Plaintiff's Complaint.

I submit this Certification to place before the Court copies of certain tweets and YouTube videos referenced in Plaintiff's Complaint and the Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Complaint ("Bouzy's MTD Memorandum").  My co-counsel and I worked with a litigation paralegal at our firm to capture true and correct copies of these tweets and videos, either from where they were originally published on the Internet or, for tweets that have been deleted, from archived versions available online.  In light of recent Twitter

outages,[1] it seemed particularly prudent to provide the Court with copies of tweets that are challenged in or otherwise relevant to this matter.

The first 22 numbered exhibits correspond to the numbering used in Bouzy's MTD Memorandum and the Appendix thereto to refer to the 22 tweets Plaintiff challenges in his Complaint.

1.    Attached as **Exhibit 1** is a true and accurate copy of a tweet posted by Bouzy on September 17, 2022, which was deleted and which is now available at https://pbs.twimg.com/media/Fc0KMr1aEAA2B5I?format=jpg&name=large.

2.    Attached as **Exhibit 2** is a true and accurate copy of a tweet posted by Bouzy on September 17, 2022, which was deleted and which is now available at https://web.archive.org/web/20220918095151/https:/twitter.com/cbouzy/status/1571362743222996993.

3.    Attached as **Exhibit 3** is a true and accurate copy of a tweet posted by Bouzy on September 17, 2022, which was deleted and which is now available at https://web.archive.org/web/20220918095151/https:/twitter.com/cbouzy/status/1571362743222996993.

4.    Attached as **Exhibit 4** is a true and accurate copy of a tweet posted by Bouzy on September 17, 2022, which was deleted and which is now available at

---

[1] *See, e.g.*, Elizabeth Dwoskin, *Twitter experiences a widespread global outage*, The Washington Post (Dec. 28, 2022), https://www.washingtonpost.com/technology/2022/12/28/twitter-global-outage/.

https://web.archive.org/web/20220918095151/https:/twitter.com/cbouzy/status/157
1362743222996993.

5.     Attached as **Exhibit 5** is a true and accurate copy of a tweet posted by
Bouzy on September 17, 2022, which was deleted and which is now available at
https://web.archive.org/web/20220918095151/https:/twitter.com/cbouzy/status/157
1362743222996993.

6.     Attached as **Exhibit 6** is a true and accurate copy of a tweet posted by
Bouzy on September 18, 2022, which was deleted and which is now available at
https://pbs.twimg.com/media/Fc6W12QXwAABiDn?format=png&name=900x900.

7.     Attached as **Exhibit 7** is a true and accurate copy of a tweet posted by
Bouzy on September 18, 2022, which was deleted and which is now available at
https://web.archive.org/web/20220918095151/https:/twitter.com/cbouzy/status/157
1362743222996993.

8.     Attached as **Exhibit 8** is a true and accurate copy of two related
tweets posted by Bouzy on September 21, 2022, which are available at
https://twitter.com/cbouzy/status/1572541182223462400 and
https://twitter.com/cbouzy/status/1572541184534532097.

9.     Attached as **Exhibit 9** is a true and accurate copy of a tweet posted by
Bouzy on September 20, 2022, which is also available at
https://twitter.com/cbouzy/status/1572212550762369026.

10.     Attached as **Exhibit 10** is a true and accurate copy of four related tweets posted by Bouzy on September 20, 2022, which are also available at https://twitter.com/cbouzy/status/1572218674970345472, https://twitter.com/cbouzy/status/1572220559928213508, https://twitter.com/cbouzy/status/1572214045738147842, and https://twitter.com/cbouzy/status/1572215688336642052.

11.     Attached as **Exhibit 11** is a true and accurate copy of a tweet posted by Bouzy on September 20, 2022, which is also available at https://twitter.com/cbouzy/status/1572254077303812096.

12.     Attached as **Exhibit 12** is a true and accurate copy of a tweet posted by Bouzy on September 20, 2022, which is also available at https://twitter.com/cbouzy/status/1572289168998531082.

13.     Attached as **Exhibit 13** is a true and accurate copy of a tweet posted by Bouzy on September 21, 2022, which is also available at https://twitter.com/cbouzy/status/1572590052886327299.

14.     Attached as **Exhibit 14** is a true and accurate copy of two tweets posted by Bouzy on September 22, 2022, and October 5, 2022, which are also available at https://twitter.com/cbouzy/status/1572995372628189190 and https://twitter.com/cbouzy/status/1577756511748726786, respectively.

15.     Attached as **Exhibit 15** is a true and accurate copy of a tweet posted by Bouzy on October 15, 2022, which is also available at

https://twitter.com/cbouzy/status/1581291484867100672.

16.     Attached as **Exhibit 16** is a true and accurate copy of a tweet posted by Bouzy on October 14, 2022, which is also available at

https://twitter.com/cbouzy/status/1581047028565450752.

17.     Attached as **Exhibit 17** is a true and accurate copy of a tweet posted by Bouzy on October 17, 2022, which is also available at

https://twitter.com/cbouzy/status/1582121496486772737.

18.     Attached as **Exhibit 18** is a true and accurate copy of a tweet posted by Bouzy on October 26, 2022, which is also available at

https://twitter.com/cbouzy/status/1585293182245507072.

19.     Attached as **Exhibit 19** is a true and accurate copy of a tweet posted by Bouzy on September 23, 2022, which is also available at

https://twitter.com/cbouzy/status/1573298258277191680.

20.     Attached as **Exhibit 20** is a true and accurate copy of a tweet posted by Bouzy on October 14, 2022, which is also available at

https://twitter.com/cbouzy/status/1581011864682926080.

21.     Attached as **Exhibit 21** is a true and accurate copy of a tweet posted by Bouzy on October 23, 2022, which is also available at

https://twitter.com/cbouzy/status/1584343241129791489.

22.     Attached as **Exhibit 22** is a true and accurate copy of a tweet posted by Bouzy on October 6, 2022, which is also available at

https://twitter.com/cbouzy/status/1578008179249643520.

23.     Attached as **Exhibit 23** is a true and accurate copy of a video posted on YouTube by Plaintiff and Eric Hunley on September 17, 2022, which is also available at https://www.youtube.com/watch?v=9k3rds5Htc0.

24.     Attached as **Exhibit 24** is a true and accurate copy of a video posted on YouTube by Plaintiff on December 12, 2020, which is also available at

https://www.youtube.com/watch?v=Wr3RCHpDr24.

25.     Attached as **Exhibit 25** is a true and accurate copy of a video posted on YouTube by Plaintiff on September 20, 2022, which is also available at

https://www.youtube.com/watch?v=_IPC0a2YKz8.

26.     Attached as **Exhibit 26** is a true and accurate copy of a video posted on YouTube by "Shannon Q" on June 4, 2020, which is also available at

https://www.youtube.com/watch?v=sMSU4W2r14E.

27.     Attached as **Exhibit 27** is a true and accurate copy of a video posted on YouTube by Eric Hunley on December 1, 2020, which is also available at https://www.youtube.com/watch?v=G30-SUw9dbU.

28.     Attached as **Exhibit 28** is a true and accurate copy of a video posted on YouTube by Plaintiff on October 7, 2022, which is also available at https://www.youtube.com/watch?v=hP1eh20phpE.

29.     Attached as **Exhibit 29** is a true and accurate copy of a tweet posted by Plaintiff on September 15, 2022, which is also available at https://twitter.com/NatetheLawyer/status/1570529174519160832.

30.     Attached as **Exhibit 30** is a true and accurate copy of a tweet posted by Bouzy on September 17, 2022, which is also available at https://twitter.com/cbouzy/status/1571200195274088448.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 9, 2023               */s/ William P. Reiley*
                                     William P. Reiley

Exhibit 1

 **Christopher Bouzy** ✔ @cbouzy · 46m

Next up is "Nate the Lawyer." He went from being the son of two crackheads (his words), a drug dealer (his words), a cop, and a prosecutor, to attacking journalists and me on social media. You would think someone with a law enforcement background would know better.

Unstructured Podcast
November 29, 2020 · 🌐

Nate Broady aka Nate the Lawyer was a Cop, Prosecutor, and Law School Lecturer - Exploring human behavior and its consequences... It's time to #Discover #EricHunleyLive this is #EricHunleyUnstructured.



- ERIC HUNLEY -
UNSTRUCTURED
**INNER CITY KID** a **COP** a **PROSECUTOR** & **YOUTUBER**
YouTube Subscribe
Live Stream Interview - Nate Broady "Nate the Lawyer"

YOUTUBE.COM
Nate Broady aka Nate the Lawyer was a Cop, Prosecutor, and Law School Lecturer
Nate The Lawyer is a former prosecutor, law enforcement officer, Law School Lecturer an

Exhibit 2

**Christopher Bouzy** ✔ @cbouzy · 5h
I am sure there is a reasonable explanation for why we can't find him in the database where he claims he practices law. He might want to retain a real lawyer.

iapps.courts.state.ny.us/attorneyservic...



Exhibit 3





**Christopher Bouzy** ✔ @cbouzy · 7h

YouTube should really verify certain professionals' licenses before allowing them to claim they are doctors or lawyers. I can't tell if this guy is a legit lawyer or just a social media lawyer. Where does he advertise his services?

Exhibit 4



 **Christopher Bouzy** ✔ @cbouzy · 7h

While NateTheLawyer attempts to impress his gullible followers with a non-issue, I still can't find his bar association number or the NYT, Forbes, and NBC articles he claims he was featured in. Just social media profiles. 🔨



General

👍 163 people like this

✅ 209 people follow this

📷 Lawyer & Law Firm · Public Figure

Additional contact info

🌐 https://www.youtube.com/c/NateTheLawyer

✉️ ███████████████████

💬 Send message

More info

ℹ️ About

Welcome to my page. I am a practising attorney and YouTube commentator. I am a former prosecutor, Law Enforcement Officer, and Law School Lecturer. I have been featured in the NY Times, Forbes, and NBC.
Follow and join the movement. See less

Exhibit 5





**Christopher Bouzy** ✓ @cbouzy · 6h

While we wait on NateTheLawyer to locate his law license and the links to his NYT, Forbes, and NBC articles, I will share my NYT, Forbes, and NBC articles.

NYT: nytimes.com/2022/05/18/opi...

Forbes: forbes.com/sites/marisade...

NBC: nbcnews.com/news/world/pri...

CNBC: cnbc.com/2022/05/14/elo...



Exhibit 6



**Christopher Bouzy** ✔ @cbouzy · 3m

As expected, that is NOT his real name. Yes, he was a cop, and he became a lawyer in 2016. He was never a prosecutor.

**Attorney Detail Report** *as of 09/18/2022*

**Date Admitted:**                                11/21/2016

**Disciplinary History**

*No record of public discipline*

The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the Appellate Divisions of the Supreme Court in New York is available at www.nycourts.gov/courts.

♡ 4          ↺ 1          ♡ 8          ↑

Exhibit 7





**Christopher Bouzy** ✓
@cbouzy

He was a CUNY campus cop for 10 years, and he was then admitted to their law school. He joined the DAs office in 2016, and 6 years later, he became a Twitter troll and YouTube grifter. Quite the resume.



4:57 AM · Sep 18, 2022 · Twitter Web App

Exhibit 8

 **Christopher Bouzy** ✔
@cbouzy ・・・

I grew up with Black men like Nathaniel Broughty. Men
like Nathaniel are not comfortable in their skin, so they
go out of their way to prove they are "different" or
"better." He is the type that would insult Black women
so he could fit in with his Caucasian peers...

7:00 AM · Sep 21, 2022 

 **Christopher Bouzy** ✔
@cbouzy ・・・

I knew after his account was unlocked, he would
continue attacking me because this was the most
attention he had received in his entire life. He
desperately wants to be relevant, and he will go out of
his way to prove "I am one of you" by attacking
someone who looks like him...

7:00 AM · Sep 21, 2022

Exhibit 9



**Christopher Bouzy** ✔
@cbouzy

🔥New: Unearthed video of former NYC cop and Assistant District Attorney Nathaniel Broughty admitting he planted evidence as a cop but also knew when cops brought suspects in with bogus evidence when he was an ADA. Every arrest and prosecution should be reinvestigated. Wow...



9:14 AM · Sep 20, 2022

Exhibit 10



Christopher Bouzy ✔
@cbouzy

···

Every lawyer whose client was arrested by this criminal and prosecuted because of his "evidence" should petition the court for a new trial or have the conviction tossed out. He clearly stated he planted evidence.

9:38 AM · Sep 20, 2022



Christopher Bouzy ✔
@cbouzy

···

Think about how many innocent people's lives were ruined because of this guy. Someone could be sitting in prison right now for something they didn't do. And he is on YouTube bragging about committing a felony. He is bragging about it like it was nothing. Disgusting...

9:46 AM · Sep 20, 2022



Christopher Bouzy ✔
@cbouzy

···

The way he brags about planting evidence on video is shocking. How many men and women are sitting in prison because of bogus evidence because of Nathaniel? He became an Assistant District Attorney in 2016, which wasn't long ago.

9:20 AM · Sep 20, 2022



Christopher Bouzy ✔
@cbouzy                                                    • • •

His law license should be suspended; these are his
words. Anyone that would plant evidence on a suspect,
and know other cops were planting evidence as an
Assistant District Attorney, shouldn't be allowed to
practice law.

9:26 AM · Sep 20, 2022

Exhibit 11



Christopher Bouzy ✔
@cbouzy

···

Imagine being a Black man bragging and laughing about planting evidence on suspects. "He became an ADA and reported bad cops." So what? How many lives were ruined when he planted evidence as a cop? He casually admitted to a felony on camera.



11:59 AM · Sep 20, 2022

Exhibit 12



**Christopher Bouzy** ✔
@cbouzy

While fake accounts try to spin Nathaniel's words, what "tricks" would a cop use on a suspect? Why would a cop need "tricks" for a legitimate arrest?

2:18 PM · Sep 20, 2022

Exhibit 13

 **Christopher Bouzy** ✔
@cbouzy

···

Why is Nathaniel lying to his followers? When I was in my early 20s, I was building networks and servers for high schools and universities, while he is was planting evidence on innocent suspects. I could've worked anywhere, but I wanted to use my talents to help my community...



10:14 AM · Sep 21, 2022

Exhibit 14



**Christopher Bouzy** ✔
@cbouzy

New: Former NYC cop and Assistant District Attorney
Nathaniel Broughty is threatening to sue Bot Sentinel
and me because we published a video of him admitting
he falsified evidence when he was a cop. He is now
trying to raise $30,000. Here is the video again.



1:04 PM · Sep 22, 2022



Exhibit 15

 **Christopher Bouzy** ✔
@cbouzy

•••

Nathaniel Broughty's lawyer claims Nathaniel had a spotless record when he was a Campus Peace Officer at CUNY.

Spoiler alert: lol



n found at https://www.youtube.com/watc
=ELPmzJkDCLju2KnD5oyZMQ&t=809. 7
Broughty to be admitting to the felonies of
ssions of unlawful conduct by him, that und
an complaint or accusation was ever lodged
mishandling evidence – in connection with
uring which time he was also never "written
or any misconduct whatsoever.

10:30 AM · Oct 15, 2022

Exhibit 16



**Christopher Bouzy** ✓
@cbouzy

···

True story: Since NateTheLawyer, LawTube, and Caroline Orr Bueno started their coordinated smear campaign back in September, we have received more interest in our research, and there has been an increase in interview requests. So I guess I should say thank you.



6:19 PM · Oct 14, 2022

Exhibit 17



**Christopher Bouzy** ✔
@cbouzy

Professional liars like NateTheLawyer prey on people who lack critical thinking skills. First, he tells his followers I am broke, and then he tells followers I am being paid by a bunch of politicians and celebrities. Which one is it? 🤷🏾‍♂️

5:28 PM · Oct 17, 2022

Exhibit 18

 **Christopher Bouzy** ✓
@cbouzy

Nathaniel Broughty bragged to his @YouTube viewers about illegally obtaining my social security number, and then he showed the Venmo receipt as proof of who he paid. You can make this up.



11:32 AM · Oct 26, 2022

Exhibit 19



Christopher Bouzy ✓
@cbouzy                                      ···

We are going to need more popcorn. 🍿

 **Nate The Cashier | Bot Killer**  ···
@NatetheLawyer

Hello, sorry of the wait but we
have been working very hard to get
results.

We may have some others join our
cause of action against the
targeted harassment. The wheels
of justice move slowly but they are
moving.

I will be going live soon for a full
update.

Stay Tuned.

9:08 AM · Sep 23, 2022                       

Exhibit 20



**Christopher Bouzy** ✔
@cbouzy

Nathaniel Broughty didn't stop at only reinvigorating his YouTube channel. He also figured out he could convince a bunch of gullible suckers to donate to his "legal fund" by promising he could stop Bot Sentinel and me. Compare his Twitter profile back in May to now...



3:59 PM · Oct 14, 2022

Exhibit 21



Christopher Bouzy ✔
@cbouzy

I told you NateTheLawyer was an opportunistic grifter, and now he is making videos about Meghan Markle because his channel views have evaporated.



**Nate The Lawyer**

254K subscribers • 491 videos

Nate The Lawyer is a Practicing Attorney and YouTube Commentator. ⟩

Subscribe          Join

)ME     **VIDEOS**     PLAYLISTS     COMMUNITY     CH.

Sort by ⌄     Videos     Live

Meghan Markle Gets Called Out By Whoopi Goldberg & Megyn Kelly
1.6K views · 23 minutes ago

8:37 PM · Oct 23, 2022

Exhibit 22



**Christopher Bouzy** ✔
@cbouzy

Nate has to downplay it because he spent a week raising $32,000 and telling people I will go through some things, and so far, all he has accomplished is to take money from people and make himself and Ron Coleman richer. "Trust the process."



▌▌  GIF

🐢 **Nivosoa-WILL NOT PAY TO STAY HERE** 🐋 @Nivo_Tweeter · Oct 6, 2022
Replying to @cbouzy
Nat has no argument left other than "take my word for it", Chris has no power to cause this disaster.🙍

9:04 AM · Oct 6, 2022                                              

# Exhibit 23

This exhibit is a video that cannot be efiled. A thumb drive
containing this exhibit has been provided to the court and all counsel.

# Exhibit 24

This exhibit is a video that cannot be efiled. A thumb drive containing this exhibit has been provided to the court and all counsel.

# Exhibit 25

This exhibit is a video that cannot be efiled. A thumb drive containing this exhibit has been provided to the court and all counsel.

# Exhibit 26

This exhibit is a video that cannot be efiled. A thumb drive containing this exhibit has been provided to the court and all counsel.

# Exhibit 27

This exhibit is a video that cannot be efiled. A thumb drive containing this exhibit has been provided to the court and all counsel.

# Exhibit 28

This exhibit is a video that cannot be efiled. A thumb drive
containing this exhibit has been provided to the court and all counsel.

Exhibit 29

 **Nate The Lawyer** ✔
@NatetheLawyer

· · ·

Bot Sentinel is a paid propaganda firm.
Funny how the "we believe Amber" accounts like
Cocainecross are good and the "we believe the fact"
accounts are bad.

>  **Viva Frei** ✔ @thevivafrei · Sep 15, 2022
> Replying to @NiermanJoe @NatetheLawyer and @RekietaLaw
> Botsentinel is totally useless. Plug in the most "controversial" Twitter handle you
> can think of and check out the results.

5:45 PM · Sep 15, 2022

Exhibit 30

 **Christopher Bouzy** ✔
@cbouzy

···

Two "lawyers" from the LawTube community are complaining about YouTube demonetizing Trevor Coult MC. Lawyers are defending a man who said Meghan Markle should be "shot at dawn" and suggested she should be "strangled to death." A man who mocked and insulted Meghan's babies...

