## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2023, true and correct copies of Defendant Christopher E. Bouzy's Motion to Dismiss Plaintiff's Complaint, Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Complaint (and appendix thereto), Certification of Counsel (and exhibits 1-22 and 29-30 thereto), and Proposed Order were filed and served upon all parties to this action via the Court's CM/ECF system.  I further certify that video exhibits to the Certification of Counsel (exhibits 23-28), which are not compatible with CM/ECF filing, were instead filed and served on flash drives sent via FedEx overnight delivery to the Court and to:

> Ronald D. Coleman
> Josiah Contarino
> Dhillon Law Group Inc.
> 50 Park Place, Suite 1105
> Newark, NJ 07102
>
> *Attorneys for Plaintiff*

/s/ William P. Reiley
William P. Reiley
