DHILLON LAW GROUP INC.
A CALIFORNIA PROFESSIONAL CORPORATION
50 Park Place, Suite 1105
Newark, New Jersey 07102
917-423-7221
Ronald D. Coleman
Josiah Contarino
rcoleman@dhillonlaw.com
jcontarino@dhillonlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

NATHANIEL J. BROUGHTY,

      *Plaintiff,*

  v.

CHRISTOPHER E. BOUZY,

      *Defendant.*

Case No.: 2:22-cv-6458-SDW-AME

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that I, Josiah Contarino, an attorney-at-law at Dhillon Law Group Inc., and a member of the United States District Court for the District of New Jersey, respectfully request that the Court enter my appearance as counsel on behalf of Plaintiff Nathaniel J. Broughty, and further request that copies of all papers filed in this action also be served on me.

DHILLON LAW GROUP INC.
A CALIFORNIA PROFESSOINAL CORPORATION

By: *s/ Josiah Contarino*
    50 Park Place, Suite 1105
    Newark, NJ  07102
    917-423-7221
    jcontarino@dhillonlaw.com
    *Attorneys for Plaintiff*

Dated: January 12, 2023