## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, a true and correct copy of Plaintiff's Memorandum of Law in Opposition to Defendant Christopher E. Bouzy's Motion to Dismiss Plaintiff's Complaint was filed and served upon all parties to this action via the Court's CM/ECF system.

                                                  */s/ Josiah Contarino*