**Updated Appendix: Summary of Challenged Tweets Highlighting Conceded Tweets and Arguments**

| Tweet No. & Ex. No. | Compl. ¶ | Challenged Text & Link to Original or Archived Copy | Category (Discussed at) | Basis for Dismissal |
|---|---|---|---|---|
| **1** | 75 | Next up is 'Nate the Lawyer.' He went from being the son of two crackheads (his words), a drug dealer (his words), a cop, and a prosecutor, to attacking journalists and me on social media. You would think someone with a law enforcement background would know better.<br><br>[includes screenshot of YouTube video]<br><br>Link: https://pbs.twimg.com/media/Fc0KMr1aEAA2B5I?format=jpg&name=large | Credentials and Background<br><br>(Part II.A.) | Failure to plead material falsity<br><br>Failure to plead actual malice |
| **2** | 76 | I am sure there is a reasonable explanation for why we can't find him in the database where he claims he practices law. He might want to retain a real lawyer.<br><br>[includes screenshots of YouTube video, video description, and NYS Unified Court System's Attorney Online Services Search result]<br><br>Link: https://web.archive.org/web/20220918095151/ https://twitter.com/cbouzy/status/1571362743222996993 | Credentials and Background<br><br>(Part II.A.) | Not a statement of fact<br><br>Failure to plead material falsity<br><br>Opinion based on disclosed facts<br><br>Failure to plead actual malice |
| **3** | 76 | YouTube should really verify certain professionals' licenses before allowing them to claim they are doctors or lawyers. I can't tell if this guy is a legit lawyer or just a social media lawyer. Where does he advertise his services?<br><br>Link: https://web.archive.org/web/20220918095151/ https://twitter.com/cbouzy/status/1571362743222996993 | Credentials and Background<br><br>(Part II.A.) | Not a statement of fact<br><br>Failure to plead material falsity<br><br>Opinion based on disclosed facts<br><br>Failure to plead actual malice |

**Updated Appendix: Summary of Challenged Tweets Highlighting Conceded Tweets and Arguments**

| Tweet No. & Ex. No. | Compl. ¶ | Challenged Text & Link to Original or Archived Copy | Category (Discussed at) | Basis for Dismissal |
|---|---|---|---|---|
| 4 | 76 | While NateTheLawyer attempts to impress his gullible followers with a non-issue, I still can't find his bar association number or the NYT, Forbes, and NBC articles he claims he was featured in. Just social media profiles.<br><br>[includes screenshot of Facebook page]<br><br>Link: https://web.archive.org/web/20220918095151/ https://twitter.com/cbouzy/status/1571362743222996993 | Credentials and Background<br><br>(Part II.A.) | Not a statement of fact<br><br>Failure to plead material falsity<br><br>Opinion based on disclosed facts<br><br>Failure to plead actual malice |
| 5 | 78 | While we wait on NateTheLawyer to locate his law license and the links to his NYT, Forbes, and NBC articles, I will share my NYT, Forbes, and NBC articles.<br><br>[includes links to articles and GIF]<br><br>Link: https://web.archive.org/web/20220918095151/ https://twitter.com/cbouzy/status/1571362743222996993 | Credentials and Background<br><br>(Part II.A.) | Not a statement of fact<br><br>Failure to plead material falsity<br><br>Opinion based on disclosed facts<br><br>Failure to plead actual malice |
| 6 | 79 | As expected, that is NOT his real name.  Yes, he was a cop, and he became a lawyer in 2016.  He was never a prosecutor.<br><br>[includes screenshot of NYS Unified Court System's Attorney Online Services Search result with information redacted]<br><br>Link: https://pbs.twimg.com/media/ Fc6W12QXwAABiDn?format=png&name=900x900 | Credentials and Background<br><br>(Part II.A.) | Failure to plead actual malice |

**Updated Appendix: Summary of Challenged Tweets Highlighting Conceded Tweets and Arguments**

| Tweet No. & Ex. No. | Compl. ¶ | Challenged Text & Link to Original or Archived Copy | Category (Discussed at) | Basis for Dismissal |
|---|---|---|---|---|
| 7 | 84 | He was a CUNY campus cop for 10 years, and then he was admitted to their law school. He joined the DAs office in 2016, and 6 years later, he became a Twitter troll and YouTube grifter. Quite the resume.<br><br>[includes screenshot of Instagram post]<br><br>Link: https://web.archive.org/web/20220918095151/ https://twitter.com/cbouzy/status/1571362743222996993 | Grifting (Part II.C.) | Classic expression of opinion<br><br>Failure to plead actual malice |
| 8[1] | 89 | I grew up with Black men like Nathaniel Broughty. Men like Nathaniel are not comfortable in their skin, so they go out of their way to prove they are "different" or "better." He is the type that would insult Black women so he could fit in with his Caucasian peers…<br><br>Link: https://twitter.com/cbouzy/status/1572541182223462400<br><br>I knew after his account was unlocked, he would continue attacking me because this was the most attention he had received in his entire life. He desperately wants to be relevant, and he will go out of his way to prove "I am one of you" by attacking someone who looks like him…<br><br>Link: https://twitter.com/cbouzy/status/1572541184534532097 | Credentials and Background (Part II.A.) | Classic expression of opinion |
| 9 | 92 | New: Unearthed video of former NYC cop and Assistant District Attorney Nathaniel Broughty admitting he planted evidence as a copy but also knew when cops brought suspects in with bogus evidence when he was an ADA. Every arrest and prosecution should be reinvestigated. Wow…<br><br>[includes clip of YouTube video]<br><br>Link: https://twitter.com/cbouzy/status/1572212550762369026 | BS Statement (Part II.B.) | Opinion based on disclosed facts<br><br>Failure to plead actual malice |

[1] Where multiple related tweets addressing the same subject are jointly addressed in a paragraph of the Complaint and/or depicted together in the Complaint, they have been treated as one challenged tweet.

**Updated Appendix: Summary of Challenged Tweets Highlighting Conceded Tweets and Arguments**

| Tweet No. & Ex. No. | Compl. ¶ | Challenged Text & Link to Original or Archived Copy | Category (Discussed at) | Basis for Dismissal |
|---|---|---|---|---|
| 10 | 95 | Every lawyer whose client was arrested by this criminal and prosecuted because of his "evidence" should petition the court for a new trial or have the conviction tossed out. He clearly stated he planted evidence.<br><br>Link: https://twitter.com/cbouzy/status/1572218674970345472<br><br>Think about how many innocent people's lives were ruined because of this guy. Someone could be sitting in prison right now for something they didn't do. And he is on YouTube bragging about committing a felony. He is bragging about it like it was nothing. Disgusting...<br><br>Link: https://twitter.com/cbouzy/status/1572220559928213508<br><br>The way he brags about planting evidence on video is shocking. How many men and women are sitting in prison because of bogus evidence because of Nathaniel? He became an Assistant District Attorney in 2016, which wasn't long ago.<br><br>Link: https://twitter.com/cbouzy/status/1572214045738147842<br><br>His law license should be suspended; these are his words. Anyone that would plant evidence on a suspect, and know other cops were planting evidence as an Assistant District Attorney, shouldn't be allowed to practice law.<br><br>Link: https://twitter.com/cbouzy/status/1572215688336642052 | BS Statement (Part II.B.) | <mark>Opinion based on disclosed facts</mark><br><br>Failure to plead actual malice |
| 11 | 96 | Imagine being a Black man bragging and laughing about planting evidence on suspects. "He became an ADA and reported bad cops." So what? How many lives were ruined when he planted evidence as a cop? He casually admitted to a felony on camera.<br><br>[still image from film]<br><br>Link: https://twitter.com/cbouzy/status/1572254077303812096 | BS Statement (Part II.B.) | <mark>Opinion based on disclosed facts</mark><br><br>Failure to plead actual malice |

**Updated Appendix: Summary of Challenged Tweets Highlighting Conceded Tweets and Arguments**

| Tweet No. & Ex. No. | Compl. ¶ | Challenged Text & Link to Original or Archived Copy | Category (Discussed at) | Basis for Dismissal |
|---|---|---|---|---|
| **12** | 98 | While fake accounts try to spin Nathaniel's words, what "tricks" would a cop use on a suspect? Why would a cop need "tricks" for a legitimate arrest? <br><br> Link: https://twitter.com/cbouzy/status/1572289168998531082 | BS Statement (Part II.B.) | Opinion based on disclosed facts <br><br> Failure to plead actual malice |
| **13** | 99 | Why is Nathaniel lying to his followers? When I was in my early 20s, I was building networks and servers for high schools and universities, while he is was planting evidence on innocent suspects. I could've worked anywhere, but I wanted to use my talents to help my community... <br><br> [includes photograph of Defendant's ID card] <br><br> Link: https://twitter.com/cbouzy/status/1572590052886327299 | BS Statement (Part II.B.) | Opinion based on disclosed facts <br><br> Failure to plead actual malice |
| **14** | 105 | New: Former NYC cop and Assistant District Attorney Nathaniel Broughty is threatening to sue Bot Sentinel and me because we published a video of him admitting he falsified evidence when he was a cop. He is now trying to raise $30,000. Here is the video again. <br><br> [includes clip of YouTube video] <br><br> Link: https://twitter.com/cbouzy/status/1572995372628189190 <br><br> I love Twitter's new mixed media feature. Here is NateTheLawyer laughing about planting evidence. <br><br> [includes clip of YouTube video and GIF] <br><br> Link: https://twitter.com/cbouzy/status/1577756511748726786 | BS Statement (Part II.B.) | Opinion based on disclosed facts <br><br> Failure to plead actual malice |

**Updated Appendix: Summary of Challenged Tweets Highlighting Conceded Tweets and Arguments**

| Tweet No. & Ex. No. | Compl. ¶ | Challenged Text & Link to Original or Archived Copy | Category (Discussed at) | Basis for Dismissal |
|---|---|---|---|---|
| **15** | 106 | Nathaniel Broughty's lawyer claims Nathaniel had a spotless record when he was a Campus Peace Officer at CUNY.   Spoiler alert: lol<br><br>[includes photograph of Plaintiff, screenshot of demand letter, image of calculator]<br><br>Link: https://twitter.com/cbouzy/status/1581291484867100672 | BS Statement (Part II.B.) | Opinion based on disclosed facts<br><br>Failure to plead actual malice |
| **16** | 107 | True story: Since NateTheLawyer, LawTube, and Caroline Orr Bueno started their coordinated smear campaign back in September, we have received more interest in our research, and there has been an increase in interview requests. So I guess I should say thank you.<br><br>[includes GIF]<br><br>Link: https://twitter.com/cbouzy/status/1581047028565450752 | Other Tweets (Part II.D.) | Classic expression of opinion<br><br>Not defamatory<br><br>Failure to plead actual malice |
| **17** | 107 | Professional liars like NateTheLawyer prey on people who lack critical thinking skills. First, he tells his followers I am broke, and then he tells followers I am being paid by a bunch of politicians and celebrities. Which one is it?<br><br>Link: https://twitter.com/cbouzy/status/1582121496486772737 | Other Tweets (Part II.D.) | Classic expression of opinion<br><br>Opinion based on disclosed facts<br><br>Failure to plead actual malice |
| **18** | 107 | Nathaniel Broughty bragged to his @YouTube viewers about illegally obtaining my social security number, and then he showed the Venmo receipt as proof of who he paid. You can['t] make this up.<br><br>[includes screenshot of YouTube video]<br><br>Link: https://twitter.com/cbouzy/status/1585293182245507072 | Other Tweets (Part II.D.) | Failure to plead material falsity<br><br>Failure to plead actual malice |

**Updated Appendix: Summary of Challenged Tweets Highlighting Conceded Tweets and Arguments**

| Tweet No. & Ex. No. | Compl. ¶ | Challenged Text & Link to Original or Archived Copy | Category (Discussed at) | Basis for Dismissal |
|---|---|---|---|---|
| **19** | 108 | We are going to need more popcorn.<br><br>[includes screenshot of tweet, screenshot of donation page, stock photograph]<br><br>Link: https://twitter.com/cbouzy/status/1573298258277191680 | Grifting<br><br>(Part II.C.) | Not defamation by implication<br><br>Classic expression of opinion<br><br>Failure to plead actual malice |
| **20** | 108 | Nathaniel Broughty didn't stop at only reinvigorating his YouTube channel. He also figured out he could convince a bunch of gullible suckers to donate to his "legal fund" by promising he could stop Bot Sentinel and me. Compare his Twitter profile back in May to now...<br><br>[includes screenshot of donation page, screenshot of Twitter profile, screenshot of Twitter profile]<br><br>Link: https://twitter.com/cbouzy/status/1581011864682926080 | Grifting<br><br>(Part II.C.) | Not defamation by implication<br><br>Classic expression of opinion<br><br>Failure to plead actual malice |
| **21** | 108 | I told you NateTheLawyer was an opportunistic grifter, and now he is making videos about Meghan Markle because his channel views have evaporated.<br><br>[includes screenshot of YouTube profile]<br><br>Link: https://twitter.com/cbouzy/status/1584343241129791489 | Grifting<br><br>(Part II.C.) | Not defamation by implication<br><br>Classic expression of opinion<br><br>Failure to plead actual malice |
| **22** | 109 | Nate has to downplay it because he spent a week raising $32,000 and telling people I will go through some things, and so far, all he has accomplished is to take money from people and make himself and Ron Coleman richer. "Trust the process."<br><br>[includes GIF, still image from film]<br><br>Link: https://twitter.com/cbouzy/status/1578008179249643520 | Grifting<br><br>(Part II.C.) | Not defamation by implication<br><br>Classic expression of opinion<br><br>Failure to plead actual malice |