## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2023, true and correct copies of the Reply Memorandum in Further Support of Defendant Christopher E. Bouzy's Motion to Dismiss Plaintiff's Complaint and the updated appendix thereto were filed and served upon all parties to this action via the Court's CM/ECF system.

*/s/ William P. Reiley*
William P. Reiley