**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATHANIEL J. BROUGHTY,<br><br>        Plaintiff,<br><br>v.<br><br>CHRISTOPHER E. BOUZY,<br><br>        Defendant. | Civil Action No. 22-6458 (SDW) (JRA)<br><br>**ORDER**<br><br>August 7, 2023 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon Defendant Christopher E. Bouzy's ("Defendant") Motion to Dismiss (D.E. 10) Plaintiff Nathaniel J. Broughty's ("Plaintiff") Complaint (D.E. 1 at 8–52) for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated August 7, 2023,

**IT IS** on this 7th day of August 2023,

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**, and it is further

**ORDERED** that the First, Second, and Fourth Claims in the Complaint are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim, except insofar as they are based on statements which are nonactionable opinions, and it is further

**ORDERED** that the Third Claim in the Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim; and it is further

**ORDERED** that Plaintiff may file an amended complaint within thirty days of this Order.

**SO ORDERED**.

                /s/ Susan D. Wigenton
               **SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc:  Parties
   José R. Almonte, U.S.M.J.