IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATHANIEL J. BROUGHTY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CHRISTOPHER E. BOUZY,<br><br>　　　　　Defendant. | Case No. 2:22-cv-6458-SDW-AME |

**APPLICATION PURSUANT TO LOCAL RULE 6.1 FOR CLERK'S ORDER
EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND**

　　　Application is hereby made pursuant to L. Civ. R. 6.1 for a Clerk's Order extending the time within which defendant Christopher E. Bouzy ("Defendant") may answer, move, or otherwise respond to the amended complaint of plaintiff Nathaniel J. Broughty ("Plaintiff").  In support of this application, Defendant states:

　　　1.　　Plaintiff filed the amended complaint on September 6, 2023.  *See* ECF No. 16.

　　　2.　　Pursuant to Fed. R. Civ. P. 15(a)(3), Defendant must answer, move, or otherwise respond to the amended complaint on or before September 20, 2023.

　　　3.　　No previous extension to the time to answer, move, or otherwise respond to the amended complaint has been sought or obtained from the Court.

　　　4.　　Upon the granting of this application, the time within which Defendant may answer, move, or otherwise respond to the amended complaint will expire on **October 4, 2023**.

Dated: September 8, 2023

Respectfully submitted,

BALLARD SPAHR, LLP

*s/ William P. Reiley*
William P. Reiley (128872014)
700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054-00015
Tel:  (856) 761-3465
Fax: (856) 761-1020
reileyw@ballardspahr.com

Seth D. Berlin (*pro hac vice*)
Maxwell S. Mishkin (*pro hac vice*)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel:  (202) 661-2200
Fax:  (202) 661-2299
berlins@ballardspahr.com
mishkinm@ballardspahr.com

*Attorneys for Defendant,*
*Christopher E. Bouzy*

## **ORDER**

The above application is GRANTED and it is ORDERED that the time for defendant Christopher E. Bouzy to answer, move, or otherwise respond to the Amended Complaint is extended to **October 4, 2023**.

ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By: _____
     Deputy Clerk