## **CERTIFICATE OF SERVICE**

       I hereby certify that on September 8, 2023, I caused a copy of the foregoing Application Pursuant to L. Civ. R. 6.1 to be served upon all parties and counsel by way of electronic court filing.

Dated: September 8, 2023                  *s/ William P. Reiley*
                                                     William P. Reiley, Esq.