# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATHANIEL J. BROUGHTY,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER E. BOUZY,<br><br>Defendant. | Case No. 2:22-cv-6458-SDW-AME |

## STIPULATION AND ORDER TO EXTEND TIME
## TO RESPOND TO THE AMENDED COMPLAINT

Pursuant to the joint application of Ronald D. Coleman, Esq. and Josiah Contarino, Esq. of Dhillon Law Group, Inc., counsel for Plaintiff Nathaniel J. Broughty ("Plaintiff") and William P. Reiley, Esq. of Ballard Spahr LLP, counsel for Defendant Christopher E. Bouzy ("Defendant"), **IT IS HEREBY STIPULATED** and agreed that the time within which Defendant may answer, move, or otherwise respond to Plaintiff's amended complaint is extended through and including **October 18, 2023**, and that any response to the complaint on or before that date shall be deemed timely.

**IT IS SO ORDERED.**

_____

Susan D. Wigenton, U.S.D.C.J.

2

We hereby consent to the form and entry of the within Order.

| | |
|---|---|
| **DHILLON LAW GROUP, INC.** | **BALLARD SPAHR LLP** |
| *Counsel for Plaintiff,* | *Counsel for Defendant,* |
| *Nathaniel J. Broughty* | *Christopher E. Bouzy* |
| | |
| */s/ Ronald D. Coleman* | */s/ William P. Reiley* |
| Ronald D. Coleman, Esquire | William P. Reiley, Esquire |
| Josiah Contarino, Esquire | |
| | |
| Dated:  September 28, 2023 | Dated:  September 28, 2023 |