IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATHANIEL J. BROUGHTY,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER E. BOUZY,<br><br>Defendant. | Case No. 2:22-cv-6458-SDW-AME |

**STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO THE AMENDED COMPLAINT**

Pursuant to the joint application of Ronald D. Coleman, Esq. and Josiah Contarino, Esq. of Dhillon Law Group, Inc., counsel for Plaintiff Nathaniel J. Broughty ("Plaintiff") and William P. Reiley, Esq. of Ballard Spahr LLP, counsel for Defendant Christopher E. Bouzy ("Defendant"), **IT IS HEREBY STIPULATED** and agreed that the time within which Defendant may answer, move, or otherwise respond to Plaintiff's amended complaint is extended through and including **November 8, 2023**, and that any response to the complaint on or before that date shall be deemed timely. Any further requests to extend this deadline will only be granted upon a written request showing good cause.

IT IS SO ORDERED
on this 12th day of October, 2023.

_____/s/ André M. Espinosa_____
ANDRÉ M. ESPINOSA
United States Magistrate Judge

2

We hereby consent to the form and entry of the within Order.

| | |
|---|---|
| **DHILLON LAW GROUP, INC.** *Counsel for Plaintiff, Nathaniel J. Broughty* | **BALLARD SPAHR LLP** *Counsel for Defendant, Christopher E. Bouzy* |
| */s/ Ronald D. Coleman* Ronald D. Coleman, Esquire Josiah Contarino, Esquire | */s/ William P. Reiley* William P. Reiley, Esquire |
| Dated: October 11, 2023 | Dated: October 11, 2023 |