# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATHANIEL J. BROUGHTY,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER E. BOUZY,<br><br>    Defendant. | Case No. 2:22-cv-6458-SDW-AME<br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** |

## MOTION TO DISMISS FIRST AMENDED COMPLAINT

TO: Ronald D. Coleman
   Josiah Contarino
   Dhillon Law Group Inc.
   50 Park Place, Suite 1105
   Newark, NJ 07102
   rcoleman@dhillonlaw.com
   jcontarino@dhillonlaw.com
   *Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that on December 18, 2023, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Christopher E. Bouzy will move the United States District Court for the District of New Jersey, the Honorable Susan D. Wigenton, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order dismissing the First Amended Complaint filed by Plaintiff Nathaniel J. Broughty

("Plaintiff"), with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the accompanying memorandum of law in support of this motion and the Second Certification of William P. Reiley and exhibits thereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached hereto.

Dated: November 8, 2023              Respectfully submitted,

                                                          BALLARD SPAHR LLP
                                                          A Pennsylvania Limited Liability Partnership

Seth D. Berlin (*pro hac vice*)
Maxwell S. Mishkin (*pro hac vice*)      By */s/ William P. Reiley*
1909 K Street NW, 12th Floor                 William P. Reiley (128872014)
Washington, DC 20006                          700 East Gate Drive, Suite 330
Tel: (202) 661-2200                              Mount Laurel, NJ 08054-00015
Fax: (202) 661-2299                              Tel: (856) 761-3465
berlins@ballardspahr.com                     Fax: (856) 761-1020
mishkinm@ballardspahr.com              reileyw@ballardspahr.com

                        *Attorneys for Defendant Christopher Bouzy*