## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

NATHANIEL J. BROUGHTY,

         Plaintiff,

v.

CHRISTOPHER E. BOUZY,

         Defendant.

Case No. 2:22-cv-6458-SDW-AME

## <u>SECOND CERTIFICATION OF COUNSEL</u>

I, William P. Reiley, being of full age, hereby certify as follows:

I am an attorney at law in the State of New Jersey and an Associate of Ballard Spahr LLP, attorneys for defendant, Christopher E. Bouzy ("Bouzy"). I make this certification based on personal knowledge and in support of Bouzy's motion to dismiss Plaintiff's First Amended Complaint (the "FAC").

I submit this Certification to place before the Court copies of certain tweets referenced in Plaintiff's First Amended Complaint and the Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint ("Bouzy's MTD Memorandum"). My co-counsel and I worked with a litigation paralegal at our firm to capture true and correct copies of these tweets where they were originally published on the Internet.

In my previous Certification submitted with Defendant's Motion to Dismiss Plaintiff's initial Complaint, I placed before the Court, as 22 numbered exhibits, the tweets that Plaintiff challenged in that initial Complaint, as well as other related materials referenced in the Complaint and those tweets. In this Second Certification, I place before the Court Exhibits A-G, which are a series of tweets that Plaintiff challenges for the first time in his First Amended Complaint.

Although the First Amended Complaint challenges 10 tweets not included in the initial Complaint, I have also attached and listed below the other tweets that are part of the same threads to present the challenged statements in their full context. For the Court's convenience, we have highlighted in the paragraphs that follow the specific tweets challenged in the First Amended Complaint.

1.      Attached as **Exhibit A** is a true and accurate copy of 2 related tweets posted by Bouzy on October 14, 2022, which are available at https://twitter.com/cbouzy/status/1581089754887569409 (FAC ¶ 77), and https://twitter.com/cbouzy/status/1581089757668352001.

2.      Attached as **Exhibit B** is a true and accurate copy of 4 related tweets posted by Bouzy on April 19, 2023, which are available at https://twitter.com/cbouzy/status/1648662272410107904 (FAC ¶ 81, bullet 1), https://twitter.com/cbouzy/status/1648662274360442880, https://twitter.com/cbouzy/status/1648662276168138753, and

https://twitter.com/cbouzy/status/1648662277984337921 (FAC ¶ 81, bullet 2).

3.      Attached as **Exhibit C** is a true and accurate copy of 7 related tweets

posted by Bouzy on April 21, 2023, which are available at

https://twitter.com/cbouzy/status/1649393687124647936 (FAC ¶ 81, bullet 3),

https://twitter.com/cbouzy/status/1649393688995323916,

https://twitter.com/cbouzy/status/1649393690303930371,

https://twitter.com/cbouzy/status/1649393691633627136,

https://twitter.com/cbouzy/status/1649393692950642688 (FAC ¶ 81, bullet 4),

https://twitter.com/cbouzy/status/1649393694179483648, and

https://twitter.com/cbouzy/status/1649393701569921026.

4.      Attached as **Exhibit D** is a true and accurate copy of 2 related tweets

posted by Bouzy on April 21, 2023, which are available at

https://twitter.com/cbouzy/status/1649550393351839748 (FAC ¶ 81, bullet 5), and

https://twitter.com/cbouzy/status/1649550409315262467.

5.      Attached as **Exhibit E** is a true and accurate copy of 4 related tweets

posted by Bouzy on May 3, 2023, which are available at

https://twitter.com/cbouzy/status/1653797324915716106,

https://twitter.com/cbouzy/status/1653797326987702274 (FAC ¶ 81, bullet 6),

https://twitter.com/cbouzy/status/1653797329739161602, and

https://twitter.com/cbouzy/status/1653797332071096322.

6.     Attached as **Exhibit F** is a true and accurate copy of 8 related tweets posted by Bouzy on May 25, 2023, which are available at

https://twitter.com/cbouzy/status/1661770198230130697 (FAC ¶ 83, top-right),

https://twitter.com/cbouzy/status/1661770200222449666 (FAC ¶ 83, top-left),

https://twitter.com/cbouzy/status/1661770209802289155,

https://twitter.com/cbouzy/status/1661770217989582867,

https://twitter.com/cbouzy/status/1661770226050924544,

https://twitter.com/cbouzy/status/1661773311972454415,

https://twitter.com/cbouzy/status/1661776914695036928, and

https://twitter.com/cbouzy/status/1661783058972803073.

7.     Attached as **Exhibit G** is a true and accurate copy of 3 related tweets posted by Bouzy on April 20, 2023, which are available at

https://twitter.com/cbouzy/status/1649039881300058112,

https://twitter.com/cbouzy/status/1649039884135309312, and

https://twitter.com/cbouzy/status/1649039886056300554 (FAC ¶ 83, bottom).

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 8, 2023              */s/ William P. Reiley*
                                      William P. Reiley

4

# Exhibit A



**URL**

https://twitter.com/cbouzy/status/1581089754887569409

**Timestamp**

Mon Nov 06 2023 11:40:46 GMT-0500 (Eastern Standard Time)

Exhibit B



**URL**

https://twitter.com/cbouzy/status/1648662272410107904

**Timestamp**

Mon Nov 06 2023 11:43:57 GMT-0500 (Eastern Standard Time)



**URL**

https://twitter.com/cbouzy/status/1648662272410107904

**Timestamp**

Mon Nov 06 2023 11:43:57 GMT-0500 (Eastern Standard Time)

Exhibit C



**URL**

https://twitter.com/cbouzy/status/1649393687124647936

**Timestamp**

Mon Nov 06 2023 11:44:51 GMT-0500 (Eastern Standard Time)



**URL**

https://twitter.com/cbouzy/status/1649393687124647936

**Timestamp**

Mon Nov 06 2023 11:44:51 GMT-0500 (Eastern Standard Time)

Exhibit D



**URL**

https://twitter.com/cbouzy/status/1649550393351839748

**Timestamp**

Mon Nov 06 2023 12:48:53 GMT-0500 (Eastern Standard Time)

Exhibit E



**URL**
https://twitter.com/cbouzy/status/1653797324915716106

**Timestamp**
Mon Nov 06 2023 12:49:48 GMT-0500 (Eastern Standard Time)

Exhibit F



**URL**
https://twitter.com/cbouzy/status/1661770198230130697

**Timestamp**
Mon Nov 06 2023 12:55:51 GMT-0500 (Eastern Standard Time)



**URL**

https://twitter.com/cbouzy/status/1661770198230130697

**Timestamp**

Mon Nov 06 2023 12:55:51 GMT-0500 (Eastern Standard Time)



**URL**

https://twitter.com/cbouzy/status/1661770198230130697

**Timestamp**

Mon Nov 06 2023 12:55:51 GMT-0500 (Eastern Standard Time)



**URL**

https://twitter.com/cbouzy/status/1661770198230130697

**Timestamp**

Mon Nov 06 2023 12:55:51 GMT-0500 (Eastern Standard Time)



**URL**

https://twitter.com/cbouzy/status/1661770198230130697

**Timestamp**

Mon Nov 06 2023 12:55:51 GMT-0500 (Eastern Standard Time)

Exhibit G



**URL**

https://twitter.com/cbouzy/status/1649039881300058112

**Timestamp**

Mon Nov 06 2023 12:57:38 GMT-0500 (Eastern Standard Time)

much he has left. Failure to do so could be problematic.

Franklin B. Smith
@fbsmith2017

← **Post**



○ 7    ↻ 16    ♡ 166    ||| 17K

**URL**

https://twitter.com/cbouzy/status/1649039881300058112

**Timestamp**

Mon Nov 06 2023 12:57:38 GMT-0500 (Eastern Standard Time)