UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATHANIEL J. BROUGHTY,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER E. BOUZY,<br><br>Defendant. | Case No. 2:22-cv-6458-SDW-AME<br><br>**[PROPOSED] ORDER** |

**ORDER GRANTING MOTION TO DISMISS**

THIS MATTER having been opened to the Court by Ballard Spahr LLP, attorneys for Defendant Christopher E. Bouzy, by way of a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the Court having reviewed the papers in support of Defendant's motion, together with any opposition thereto; and the Court having heard the arguments of counsel, if any; and good cause having been shown;

**IT IS ON THIS** _____ day of _____, 2023 hereby

**ORDERED** that Defendant's motion to dismiss is and be GRANTED; and it is further

**ORDERED** that the First Amended Complaint filed by Plaintiff Nathaniel J. Broughty is hereby **DISMISSED**, with prejudice.

_____
Susan D. Wigenton, U.S.D.J.