## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2023, true and correct copies of Defendant Christopher E. Bouzy's Motion to Dismiss Plaintiff's First Amended Complaint, Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, Second Certification of Counsel (and exhibits A-G thereto), and Proposed Order are contemporaneously being filed and served upon all parties to this action via the Court's CM/ECF system.

*/s/ William P. Reiley*
William P. Reiley