

50 Park Place, Suite 1105
Newark, NJ 07102

Ronald D. Coleman
Phone: 973-298-1723
rcoleman@dhillonlaw.com

November 20, 2023

**Via ECF**
Clerk of Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102
973-645-3730

Re: *Broughty v. Bouzy* – Docket No. 2:22-cv-06458-SDW-AME
Automatic Extension of Motion Date Per Local Civil Rule 7.1

Dear Clerk of Court:

This firm represents plaintiff in the captioned case. We write to request an automatic extension of defendant's dispositive motion (ECF No. 22) pursuant to Local Civil Rule 7.1(d)(5). The current motion date, December 18, 2023, has not previously been extended or adjourned, and this request is made prior to the date upon which opposition papers would be otherwise due. Under Local Rule 78.1, because the next motion date falls on a holiday (New Year's), the motion shall be rescheduled to the next non-holiday date, January 2, 2024, and opposition shall be due December 19, 2023.

Respectfully submitted,

DHILLON LAW GROUP INC.

By: */s/ Ronald D. Coleman*
     Ronald D. Coleman

cc: All Counsel of Record (via ECF)