## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

NATHANIEL J. BROUGHTY,

        Plaintiff,

        v.

CHRISTOPHER E. BOUZY,

        Defendant.

Case No. 2:22-cv-6458-SDW-AME

### NOTICE OF APPEARANCE

Kindly enter the appearance of Casey G. Watkins, of the law firm of Ballard Spahr LLP, as counsel for defendant, Christopher E. Bouzy.

DATED:  November 22, 2023

/s/ Casey G. Watkins
Casey G. Watkins, Esq. (ID: 060122014)
watkinsc@ballardspahr.com
BALLARD SPAHR LLP
700 East Gate Drive, Suite 330
Mt. Laurel, NJ  08054
T: 856.761.3400
F: 856.761.1020

*Attorneys for Defendant, Christopher E. Bouzy*