## **CERTIFICATE OF SERVICE**

      I, Casey G. Watkins, hereby certify that, on this day, I caused a copy of the foregoing notice of appearance to be served via ECF on all counsel:

                                    /s/ Casey G. Watkins
                                    CASEY G. WATKINS

Dated:   November 22, 2023