# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATHANIEL J. BROUGHTY, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER E. BOUZY, <br><br> Defendant. | Case No. 2:22-cv-6458-SDW-AME |

## STIPULATION AND ORDER TO EXTEND TIME TO
## FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Pursuant to the joint application of Ronald D. Coleman, Esq. and Josiah Contarino, Esq. of Dhillon Law Group, Inc., counsel for Plaintiff Nathaniel J. Broughty ("Plaintiff") and William P. Reiley, Esq. of Ballard Spahr LLP, counsel for Defendant Christopher E. Bouzy ("Defendant"), **IT IS HEREBY STIPULATED** and agreed that the time within which Defendant may file a reply in further support of his motion to dismiss Plaintiff's amended complaint is extended through and including **January 9, 2024**, and that any such reply on or before that date shall be deemed timely.

**IT IS SO ORDERED.**

_____
Susan D. Wigenton, U.S.D.C.J.

We hereby consent to the form and entry of the within Order.

| | |
|---|---|
| **DHILLON LAW GROUP, INC.** *Counsel for Plaintiff, Nathaniel J. Broughty* | **BALLARD SPAHR LLP** *Counsel for Defendant, Christopher E. Bouzy* |
| */s/ Ronald D. Coleman* Ronald D. Coleman, Esquire Josiah Contarino, Esquire | */s/ William P. Reiley* William P. Reiley, Esquire |
| Dated: December 6, 2023 | Dated: December 6, 2023 |