UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATHANIEL J. BROUGHTY,<br><br>       Plaintiff,<br><br>v.<br><br>CHRISTOPHER E. BOUZY,<br><br>       Defendant. | Case No.: 22-6458-SDW-JRA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

The parties hereby request an extension of time for the briefing schedule for defendant's Motion to Dismiss and have agreed to the following amdendments to the briefing schedule:

| Item: | Current Date: | Proposed Date: |
|---|---|---|
| Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss | December 19, 2023 | December 26, 2023 |
| Defendant's Reply Brief in Support of Motion to Dismiss | January 9, 2024 | January 16, 2024 |

*[signature page follows]*

1

Respectfully submitted,

**For Plaintiff**

Dated: December 18, 2023
       Newark, New Jersey

DHILLON LAW GROUP INC.
A CALIFORNIA PROFESSIONAL CORPORATION

By: /s/ Ronald D. Coleman
Ronald D. Coleman

Ronald D. Coleman (Bar No. 2288835)
Josiah Contarino (Bar No. 5128517)
50 Park Place, Suite 1105
Newark, NJ 07102
t. (973) 298-1723
rcoleman@dhillonlaw.com
jcontarino@dhillonlaw.com
*Attorneys for Plaintiff*
*Nathaniel J. Broughty*

**For Defendant**

Dated: December 18, 2023

BALLARD SPAHR LLP

By: */s/ William P. Reiley*
   William P. Reiley, Esquire

William P. Reiley (128872014)
700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054-00015
t. (856) 761-3465
reileyw@ballardspahr.com

*Counsel for Defendant*
*Christopher E. Bouzy*

## ORDER

**IT IS SO ORDERED.**

Dated: _____

                                                            Susan D. Wigenton, U.S.D.C.J.