## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2024, true and correct copies of Defendant Christopher E. Bouzy's Reply Memorandum in Further Support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint are contemporaneously being filed and served upon all parties to this action via the Court's CM/ECF system.

*/s/ William P. Reiley*
William P. Reiley