NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATHANIEL J. BROUGHTY,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER E. BOUZY,<br><br>Defendant. | Civil Action No. 22-06458<br><br>**ORDER**<br><br>April 22, 2024 |

**SEMPER**, District Judge.

This matter having come before this Court on Defendant Christopher E. Bouzy's ("Defendant") Motion to Dismiss Plaintiff Nathaniel J. Broughty's ("Plaintiff") First Amended Complaint (ECF 16, "FAC"), and the Court having considered Defendant's and Plaintiff's submissions, for the reasons stated in this Court's Opinion dated April 22, 2024,

**IT IS** on this 22nd day of April, 2024,

1. **ORDERED** that Defendant's Motion to Dismiss (ECF 22), is **GRANTED**, and the First Amended Complaint (ECF 16) is **DISMISSED WITH PREJUDICE**.

                                                    */s/ Jamel K. Semper*
                                                    **HON. JAMEL K. SEMPER**
                                                    **United States District Judge**

Orig: Clerk
cc:   André M. Espinosa, U.S.M.J.
       Parties