**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

NATHANIEL J. BROUGHTY,

Plaintiff,

v.

CHRISTOPHER E. BOUZY,

Defendant.

Case No. 2:22-cv-6458-JKS-AME

**STIPULATION AND ORDER TO EXTEND TIME TO
FILE MOTION FOR ATTORNEY'S FEES AND COSTS**

Pursuant to the joint application of Ronald D. Coleman, Esq. and Josiah Contarino, Esq. of Dhillon Law Group, Inc., counsel for Plaintiff Nathaniel J. Broughty ("Plaintiff") and William P. Reiley, Esq. of Ballard Spahr LLP, counsel for Defendant Christopher E. Bouzy ("Defendant"), **IT IS HEREBY STIPULATED** and agreed that (1) the time within which any motion may be filed under Fed. R. Civ. P. 54 for an award of attorney's fees and costs is extended through and including 30 days after the return of the mandate to this Court from the U.S. Court of Appeals for the Third Circuit, if any appeal from this Court's April 22, 2024 Opinion (ECF 32) and Order (ECF 33) is filed, or 30 days after the time for noticing such an appeal has expired, if no such appeal is filed; and (2) that any such motion on or before that date shall be deemed timely.

**IT IS SO ORDERED.**

_____

HON. JAMEL K. SEMPER
United States District Judge


We hereby consent to the form and entry of the within Order.


**DHILLON LAW GROUP, INC.**          **BALLARD SPAHR LLP**
*Counsel for Plaintiff,*              *Counsel for Defendant,*
*Nathaniel J. Broughty*               *Christopher E. Bouzy*


*/s/ Ronald D. Coleman*               */s/ William P. Reiley*
Ronald D. Coleman, Esquire            William P. Reiley, Esquire
Josiah Contarino, Esquire


Dated:  May 3, 2024                   Dated:  May 3, 2024


2